RECEIVED
12/30/09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X   09-CV-04696 (LDW) (MLO)
PHILIP COOPER on behalf of himself and
and as class representative of all those
similarly situated,

                        Plaintiff,

   -against-                                    **CONSENT TO BECOME**
                                                          **PARTY PLAINTIFF**

SLEEPY'S, LLC
                        Defendant.

--------------------------------------------------X

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiff and so designate the collective class representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Jasmine Carrillo Rosario               _/s/_                12/27/09
924 Morris Park Avenue              Signature             Date
Bronx, New York 10462
(347) 761-9317

**PLEASE RETURN THIS FORM FOR FILING TO:**

Peter A. Romero, Esq.
Frank & Associates, P.C.
500 Bi-County Blvd., 112N
Farmingdale, New York 11735
(631) 756-0400 telephone
(631) 756-0547 facsimile
promero@laborlaws.com